IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLIVER FERNANDO POLANCO ALVARADO,

    Petitioner,

v.                                                            No. 1:26-cv-0227 KG/LF

WARDEN, Torrance County Detention Facility;
MARY DE ANDA-YBARRA, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; and PAMELA BONDI,
U.S. Attorney General,

    Respondents.[1]

ORDER TO ANSWER AND SHOW CAUSE

Before the Court is Petitioner Oliver Fernando Polanco Alvarado's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed on February 2, 2026. Petitioner is detained at the Torance County Detention Facility in Estancia, New Mexico, and challenges his detention in Immigration and Customs Enforcement (ICE) custody. Petitioner states that he has a pending asylum application before U.S. Citizenship and Immigration Services, but he does not have a pending case in immigration court and has never been placed in removal proceedings. (Doc. 1) at 2. He states he was arrested on January 9, 2026 during a mass enforcement operation in Minnesota, and was transferred to Texas and then to the Torrance County Detention Facility. *Id.* at 3. He further states he has not been provided

---

[1] The *pro se* Petition names, inter alia, the Warden as a party Respondent. The Court adds the above-mentioned parties as additional Respondents in this case. *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

a bond hearing or any explanation establishing lawful authority for his continued detention. *Id.* Petitioner seeks release from immigration detention or, alternatively, a custody hearing at which the Department of Homeland Security bears the burden of proof. *Id.* at 5.

Having conducted an initial review of the Petition, the Court finds the alleged facts raise a colorable claim for relief. *See Garcia Sanchez v. Noem, et al.*, 25-cv-1219 KG/JFR (concluding petitioner was detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Pu Sacvin v. De Anda-Ybarra*, 2025 WL 3187432, at *3 (D.N.M.) (Gonzales, J.) (same); *Danierov v. Noem*, 2026 WL 45288, at *2 (D.N.M.) (Gonzales, J.) (same). The Clerk's Office has electronically served a copy of the petition in this matter on all federal respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. *See* (Doc. 2). The United States Attorney's Office (USAO) shall answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). Petitioner may file an optional reply within ten (10) business days after the answer brief is filed.

If the USAO declines to timely respond, the Court may enter a separate order directing the Immigration Court to conduct a bond hearing in accordance with its prior rulings on this issue.

IT IS THEREFORE ORDERED that:

1. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted;

2. If Petitioner wishes to file an optional reply, he must do so within ten (10) business days after Respondents' response is filed; and

3. The Clerk's Office shall add the additional party Respondents set forth in the caption of this Order to the docket of this case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.